Lisa S. Kantor, Esq. State Bar No. 110678
 e-mail: lkantor@kantorlaw.net
Elizabeth K. Green, Esq. State Bar No. 199634
 e-mail: egreen@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone:   (818) 886-2525
Facsimile:     (818) 350-6272

Attorneys for Plaintiff,
RAINER GROWITZ

R. Bradford Huss (SBN 71303)
Sean T. Strauss (SBN 245811)
TRUCKER ♦ HUSS
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, California  94111
Telephone:   (415) 788-3111
Facsimile:   (415) 421-2017
E-mail:       bhuss@truckerhuss.com
              sstrauss@truckerhuss.com

Attorneys for Defendant
MOOG INC. GROUP BENEFITS PLAN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| RAINER GROWITZ, <br><br> Plaintiff, <br><br> vs. <br><br> MOOG INC. GROUP BENEFITS PLAN, <br><br> Defendant. | Case No.: 5:15-cv-01172-RMW <br><br> **CASE STATUS REPORT AND STIPULATION AND []  ORDER EXTENDING CASE DEADLINES** |

**CASE STATUS REPORT AND**

**STIPULATION AND [PROPOSED] ORDER EXTENDING CASE DEADLINES**

Pursuant to the Court's July 1, 2015 Order on Case Management Conference [Dkt. #22], Plaintiff Ranier Growtiz ("Plaintiff") and Defendant Moog Inc. Group Benefits Plan ("Defendant," collectively with Plaintiff, the "Parties") hereby submit the following Case Status Report and Stipulation and [Proposed] Order Extending Case Deadlines:

WHEREAS, on July 2, 2015, Defendant produced the Administrative Record in this case;

WHEREAS, on July 13, 2014, Plaintiff produced his initial disclosures, which contain additional documents he asserts belong in the Administrative Record;

WHEREAS, on July 23, 2105, Defendant produced additional documents to address Plaintiff's asserted gaps in and to supplement the Administrative Record;

WHEREAS, on August 5, 2015, Defendant produced further documents to address Plaintiff's asserted gaps in and to supplement the Administrative Record;

WHEREAS, the Parties continue to work to address Plaintiff's additional asserted gaps in the Administrative Record to ensure that both Plaintiff and Defendant agree that a complete Administrative Record has been produced and is available in this case;

WHEREAS, on July 24, 2015 counsel for Plaintiff and Defendant held a telephonic meet and confer conference to discuss (a) the standard of review applicable in this case, and (2) a proposed discovery plan;

WHEREAS, the Parties have been unable to reach an agreement regarding the applicable standard of review in this case or a discovery plan in light of the standard of review;

WHEREAS, the Parties agree, however, that a third-party review of the benefits claim at issue in this case could facilitate possible settlement;

WHEREAS, in light of that agreement, the Parties have selected an independent third party medical professional to review the Administrative Record and provide an evaluation of the benefit claim at issue in this case;

WHEREAS, the Parties anticipate that this independent third party will be completed by August 31, 2015;

WHEREAS, pursuant to the Court's May 12, 2015 Order Selecting ADR Process [Dkt. #16], the present deadline to complete Court-ordered mediation is August 10, 2015;

WHEREAS, the Parties agree that mediation is unlikely to be productive until after completion of the claim evaluation by the independent third-party reviewer;

**IT IS THEREFORE STIPULATED AND AGREED**, by Plaintiff and Defendant, by and through their respective counsel, that the Court is respectfully requested to order that:

1. The deadline for completion of the Court-ordered mediation be extended by 60-days, to October 9, 2015;

2. If that mediation does not resolve the case, the Parties will thereafter submit a proposal to the Court for resolution of disagreements regarding the appropriate standard of review applicable in this case and a discovery plan.

Dated: August 5, 2015                        KANTOR & KANTOR, LLP

                                             By: */s/ Lisa S. Kantor*
                                                 Lisa S. Kantor
                                                 Attorneys for Plaintiff,
                                                 Rainer Growitz

Dated: August 5, 2015                        TRUCKER HUSS

                                             By: */s/ Sean T. Strauss*
                                                 R. Bradford Huss
                                                 Sean T. Strauss
                                                 Attorneys for Defendant,
                                                 Moog Inc. Group Benefits Plan

Pursuant to Civil Local Rule 5(i)(3), I attest that I have obtained Ms. Kantor's' concurrence in the filing of this document.

DATED:  August 5, 2015                       /s/ Sean T. Strauss
                                             Sean T. Strauss

2

CASE STATUS REPORT AND
STIPULATION AND [] ORDER EXTENDING CASE DEADLINES

152249.v2

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

**] ORDER**

Pursuant to the foregoing stipulation and request,

IT IS HEREBY ORDERED

1. The deadline for completion of mediation is extended by 60-days, to October 9, 2015;

2. If that mediation does not resolve the case, the Parties will thereafter submit a proposal to the Court for resolution of disagreements regarding the appropriate standard of review applicable in this case and a discovery plan.

IT IS SO ORDERED.

Dated: _____

*Ronald M. Whyte*

HONORABLE RONALD M. WHITE
Judge, United States District Court
Northern District of California

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

CASE STATUS REPORT AND
STIPULATION AND [] ORDER EXTENDING CASE DEADLINES
152249.v2